**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                              TELEPHONE (334) 954-3600

August 24, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:  Desmond Miguel Vickers v. Patrick Reid, et al.**
**Case Number:   2:07-cv-753-MHT**

**Pleading : #1 - Substitute Notice of Removal**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 8/24/2007 without the receipt for filing fee attached.**

**The pdf document for the receipt is attached to this notice.**

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000212
Cashier ID: khaynes
Transaction Date: 08/23/2007
Payer Name: MCDANIEL BAINS AND NORRIS PC
-----------------------------------
CIVIL FILING FEE
 For: MCDANIEL BAINS AND NORRIS PC
 Case/Party: D-ALM-2-07-CV-000753-001
 Amount:         $350.00
-----------------------------------
CHECK
 Check/Money Order Num: 1575
 Amt Tendered: $350.00
-----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00
```

DESMOND VICKERS V.

PATRICK REID ET AL