IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DESMOND MIGUEL VICKERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 2:07-CV-753-MHT |
| | ) | |
| PATRICK REID, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**<u>CORPORATE DISCLOSURE STATEMENT OF WESTERN EXPRESS, INC.</u>**

COMES NOW the defendant, Western Express, Inc., and pursuant to F.R.C.P. 7.1 makes the following disclosure:

1. Western Express, Inc. has no parent company and is not partly owned by any subsidiary or publicly held company.

s/Patrick R. Norris<br>
Patrick R. Norris (asb-3835-s81p)<br>
Attorney for Defendants

<u>OF COUNSEL:</u>

McDANIEL, BAINS & NORRIS, P.C.
Two Metroplex Drive
Suite 504
Birmingham, Alabama  35209-6812
(205) 871-1811

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a true and correct copy of the foregoing on the following attorneys or parties:

Jean E. Stinson
Post Office Box 251991
Montgomery, Alabama 36125-1991

by using ALAFILE, the CM/ECF system, facsimile, hand delivery, and/or by placing a copy of the same in the United States Mail, First Class Postage Prepaid on this 30th day of August, 2007.

                                          s/Patrick R. Norris
                                          Of Counsel