IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 SEP 11 A 9: 42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| DESMOND MIGUEL VICKERS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PATRICK REID; WESTERN )<br>EXPRESS, INC. )<br>)<br>Defendant ) | CASE NO. 2:07-cv-753-MHT |

### CONFLICT DISCLOSURE STATEMENT

COMES NOW Desmond Miguel Vickers, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order no. 3047:

This party is an individual.

9/7/07
Date

Jean E. Stinson, Counsel for Plaintiff
Desmond Miguel Vickers, Plaintiff
P.O. Box 251991
Montgomery, Alabama 36125-1991
(334) 281-2804
FAX (334)-281-2805

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the above and foregoing Conflict Disclosure Statement to the following by placing a copy of same in the United States mail, postage, prepaid, this seventh day of September 2007.

MCDANIEL, BAINS & NORRIS, P.C.
Attorneys at Law
Two Metroplex Drive Suite 504
Birmingham, Alabma 45209

_____
OF COUNSEL