IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DESMOND MIGUEL VICKERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv753-WHA |
| | ) |
| PATRICK REID, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case was removed by the Defendants to this court on August 23, 2007. No Answer has been filed by the Defendants. It is hereby

ORDERED that the Defendants file their Answer to the Complaint **no later than October 15, 2007**.

DONE this 9th day of October, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE