IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DESMOND MIGUEL VICKERS,     )
            )
     Plaintiff,     )
            )
vs.     )     Civil Action No.: 2:07-CV-753-MHT
            )
PATRICK REID, et al.     )
            )
     Defendants.     )

## DISCLOSURE STATEMENT OF PATRICK REID, AN INDIVIDUAL

COMES NOW the defendant, Patrick Reid, while denying proper service of process, pursuant to F.R.C.P. 7.1 makes the following disclosure:

1.    Patrick Reid is an individual, not incorporated, owns no business nor is a shareholder in any corporation of any type.

    s/Patrick R. Norris
    Patrick R. Norris (asb-3835-s81p)
    Attorney for Defendants

OF COUNSEL:

McDANIEL, BAINS & NORRIS, P.C.
Two Metroplex Drive
Suite 504
Birmingham, Alabama  35209-6812
(205) 871-1811

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing on the following attorneys or parties:

Jean E. Stinson
Post Office Box 251991
Montgomery, Alabama 36125-1991

by using ALAFILE, the CM/ECF system, facsimile, hand delivery, and/or by placing a copy of the same in the United States Mail, First Class Postage Prepaid on this 23rd day of December, 2007.

    s/Patrick R. Norris
    Of Counsel