IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DESMOND MIGUEL VICKERS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:07-CV-00753-WHA-TFM |
| ) | |
| PATRICK REID, et. al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO CONTINUE

COMES NOW the Plaintiff by and through counsel and moves the Court to extend the time of trial and discovery on the following grounds:

1. That the Plaintiff does not have personal knowledge of the whereabouts of Defendant Patrick Reid.

2. That Plaintiff has attempted service through the Court, to no avail.

3. That Plaintiff has attempted service through all known addresses.

4. That Plaintiff has attempted service through private investigator.

5. That Plaintiff has not been able to complete discovery.

6. That said continuance will not prejudice the Defendant in the furtherance of this case.

WHEREFORE, the premises considered, the Plaintiff prays that this Honorable Court extend the time of trial and discovery in order for defendant to be served and for discovery to be completed.

Respectfully submitted,

S/Jean E. Stinson
Attorney for the Plaintiff

OF COUNSEL:
Law Office of Jean E. Stinson, P.C.
Post Office Box 251991
Montgomery, AL 36125-1991

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing via United States Mail, postage prepaid and properly addressed on counsel for all parties as follows:

PATRICK R. NORRIS
McDaniel, Bains & Norris, PC
Two Metroplex Drive
Suite 504
Birmingham, AL 35209-6812

                                        s/Jean E. Stinson
                                        OF COUNSEL