IN THE DISCRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DESMOND MIGUEL VICKERS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-753-WHA |
| ) | |
| PATRICK REID AND WESTERN ) | |
| EXPRESS, INC. et. al., ) | |
| ) | |
| Defendants. ) | |

MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW, the Plaintiff in the above styled cause, and request leave of this Court to amend his original complaint. The Plaintiff would show unto this Honorable Court that the judgment sought against the Defendant would not meet the jurisdictional amount of this Court.

WHEREFORE THESE PREMISES CONSIDERED, the Plaintiff would request this Honorable Court to allow the Plaintiff's first amendment already filed with this Honorable Court to stand as is and not have to file an identical amendment nor file a duplicate of the documents already in possession of defense counsel.

Respectfully submitted,

s/Jean E. Stinson (STI016)
ATTORNEY FOR PLAINTIFF
Post Office Box 251991
Montgomery, AL 36125
(334) 281-2804

CERTIFICATE OF SERVICE

      I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the 12th day of June, 2008.

Patrick R. Norris (ASB-3835-S81P)
McDaniel, Bains & Norris, P.C.
Two Metroplex Drive
Suite 504
Birmingham, AL 35109-6812
(205) 871-1811

                                            s/Jean E. Stinson (STI016)
                                            OF COUNSEL