IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DESMOND MIGUEL VICKERS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:07-cv-753-WHA |
| | ) |
| PATRICK REID AND WESTERN | ) |
| EXPRESS, INC., et. al., | ) |
| | ) |
| Defendant. | ) |

PLAINTIFF'S FIRST AMENDMENT
TO ORIGINAL COMPLAINT

COMES NOW THE PLAINTIFF, by and through his attorney of record, Jean E. Stinson, and would amend his original complaint to sue for an amount in compensatory and punitive damages not to exceed $74,999.99.

WHEREFORE THESE PREMISES CONSIDERED, the Plaintiff would request that this Honorable Court allow the original complaint be amended.

Respectfully submitted,

s/Jean E. Stinson (STI016)
Attorney for the Plaintiff
Post Office Box 251991
Montgomery, AL 36125-1991
(334) 281-2804

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the 12th day of June, 2008

Patrick R. Norris (ASB-3835-S81P)
McDaniel, Bains & Norris, P.C.
Two Metroplex Drive
Suite 504
Birmingham, AL 35209-6812
(205) 871-1811

             <u>s/Jean E. Stinson (STI016)</u>
             OF COUNSEL