IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISCTRICT OF ALABAMA, NORTHERN DIVISION

DESMOND MIGUEL VICKERS )
)
    Plaintiff, )
) CASE NO.:-2:07-CV-753-WHA
v. )
)
PATRICK REID AND WESTERN )
EXPRESS, INC. et. al., )
)
    Defendant. )

## MOTION TO REMAND

COMES NOW THE PLAINTIFF, by and through his attorney of record, Jean E. Stinson, and would show unto this Honorable Court the following:

1. The above styled cause was originally filed in the Circuit Court for Montgomery County, Alabama, on June 11, 2007.

2. The case number for the original filing in Circuit Court is CV-2007-941.

3. The defendants filed for removal and the case was removed to Federal Court.

4. With the amended complaint, the jurisdictional amount is less than that required for federal jurisdiction.

WHEREFORE PREMISES CONSIDERED, the Plaintiff prays that this Honorable Court allow the Plaintiff's cause be remanded to State Court.

            Respectfully submitted,

            s/Jean E. Stinson (STI016)
            Attorney for Plaintiff
            Post Office Box 251991
            Montgomery, AL 36125-1991
            (334)281-2804

CERTIFICATE OF SERVICE

      I hereby certify that copies of the foregoing have been served upon the following by electronic transmission or by depositing the same in the United States Mail, first class postage prepaid and properly addressed, on this the 12th day of June, 2008

Patrick R. Norris (ASB-3835-S81P)
McDaniel, Bains & Norris, P.C.
Two Metroplex Drive
Suite 504
Birmingham, AL 35209-6812
(205) 871-1811

                              s/Jean E. Stinson
                              OF COUNSEL