IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DESMOND MIGUEL VICKERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 2:07-CV-753-MHT |
| ) | |
| PATRICK REID, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT WESTERN EXPRESS, INC.'S RESPONSE TO
PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT
AND MOTION TO REMAND**

COMES NOW the defendant, Western Express, Inc., in the above-styled cause, and files this response to the plaintiff's Motion For Leave To Amend and Motion To Remand as follows:

1. The plaintiff on June 12, 2008 filed a Motion For Leave To Amend Complaint (Doc. #17) and a Motion to Remand (Doc. #19). The plaintiff through his motions attempts to amend his complaint to limit his claim to $74,999.99 and have the case remanded therefore back to state court.

2. This Court issued a "show cause" order directing this defendant to file a reply to the plaintiff's motions by June 23, 2008 and to show cause why the amendment should not be allowed and the case remanded.

3. In response to the show cause order, this defendant is unable to demonstrate by a preponderance of the evidence that the amount in controversy in fact exceeds $75,000.00 absent the proposed amendment. The plaintiff in his original complaint does not seek a specific amount and discovery to date has not provided evidence to allow this defendant to carry this burden at this time.

WHEREFORE, this defendant stipulates that the plaintiff's motions are due to be granted.

                                              s/Patrick R. Norris
                                              Patrick R. Norris  (asb-3835-s81p)
                                              Attorney for Defendant

OF COUNSEL:

McDANIEL, BAINS & NORRIS, P.C.
Two Metroplex Drive
Suite 504
Birmingham, Alabama  35209-6812
(205) 871-1811

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a true and correct copy of the foregoing on the following attorneys or parties:

Jean E. Stinson
Post Office Box 251991
Montgomery, Alabama 36125-1991

by using ALAFILE, the CM/ECF system, facsimile, hand delivery, and/or by placing a copy of the same in the United States Mail, First Class Postage Prepaid on this 23rd day of June, 2008.

                                              s/Patrick R. Norris
                                              Of Counsel